1168

No. 95–1389. ALLARD, CHAPTER 7 TRUSTEE OF THE ESTATE OF CHOMAKOS, ET AL. v. FLAMINGO HILTON. C. A. 6th Cir. Certiorari denied.

No. 95–1398. ALSBERG, DBA ALSBERG BROTHERS BOATWORKS v. ROBERTSON, CHAPTER 7 TRUSTEE. C. A. 9th Cir. Certiorari denied.

No. 95–1403. STRUCK v. KENNEBEC COUNTY, MAINE, ET AL. Sup. Jud. Ct. Me. Certiorari denied.

No. 95–1410. DART ET UX. v. DART ET AL. Cir. Ct. Mich., Ingham County. Certiorari denied.

No. 95–1411. WALSH v. IVKOVICH. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 95–1412. BROWN ET AL. v. PLYWOOD PANELS, INC. C. A. 4th Cir. Certiorari denied.

No. 95–1416. STRAMEL v. STONE. App. Ct. Ill., 1st Dist. Certiorari denied.

No. 95–1422. SECAKUKU, CHAIRMAN, HOPI TRIBAL COUNCIL OF THE HOPI INDIAN TRIBE, FOR AND ON BEHALF OF THE HOPI INDIAN TRIBE v. HALE, PRESIDENT OF THE NAVAJO NATION, FOR AND ON BEHALF OF THE NAVAJO NATION. C. A. 9th Cir. Certiorari denied.

No. 95–1424. VANYO v. FARGO WOMEN'S HEALTH ORGANIZATION, INC., ET AL. C. A. 8th Cir. Certiorari denied.

No. 95–1443. STORK BRABANT B. V. ET AL. v. D'ALMEIDA ET AL. C. A. 1st Cir. Certiorari denied.

No. 95–1451. CLASS OF GUTIERREZ ET AL. v. SANTA ANA UNIFIED SCHOOL DISTRICT ET AL. Ct. App. Cal., 4th App. Dist. Certiorari denied.

No. 95–1457. HUTTON v. COLORADO. Ct. App. Colo. Certiorari denied.

No. 95–1490. METCALFE v. KELLY, FKA METCALFE. Dist. Ct. App. Fla., 3d Dist. Certiorari denied.